IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LORIE WARDELL and
TREY WATERS                                                                PLAINTIFFS

v.                       Case No. 4:10-cv-1125-DPM

PHILLIP MUSE and
HOBBY LOBBY STORES, INC.                                          DEFENDANTS

JUDGMENT

Wardell and Waters's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
Untied States District Judge

5 May 2011